# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

| | |
|---|---|
| **CHARLES SPROLES,**<br><br>**Plaintiff,**<br><br>v.<br><br>**JORDAN CARRIERS, INC.**<br><br>**Defendant.** | **Civil Action No. 5:25-CV-00044-DCB-BWR** |

## NOTICE OF DEPOSITION

To:    Louis H. Watson, Jr.
WATSON & NORRIS, PLLC
1501 Jackson Avenue W.
Suite 113
PMB 101
Oxford, MS 38655
louis@watsonnorris.com

Jane Ashley Watson
WATSON & NORRIS, PLLC
1501 Jackson Avenue W.
Suite 113
PMB 101
Oxford, MS 38655
jane@watsonnorris.com

PLEASE TAKE NOTICE that Jordan Carriers, Inc., pursuant to the Federal Rules of Civil Procedure, and other applicable provisions of said Rules, will take the deposition of **Charles "Bo" Sproles** upon oral examination, by stenographic means, at **11:00 a.m. on February 16, 2026, at the Offices of Gordon Rees Scully Mansukhani, LLP, 100 Vision Drive, Suite 375, Jackson, MS 39211,** to give testimony before an authority authorized to administer oaths and take the deposition. Said deposition will continue from day to day until concluded.

**RESPECTFULLY SUBMITTED**, this the 15th day of January 2026.

                              **GORDON REES SCULLY MANSUKHANI, LLP**

**By:** */s/Rebecca Mansell*
      Rebecca Mansell (MS Bar No. 9778)
      Hiawatha Northington II (MS Bar No. 10831)
      100 Vision Drive, Suite 375
      Jackson, MS 39211
      Telephone: (601) 427-6239
      RMansell@grsm.com
      HNorthington@grsm.com

      *Counsel for Jordan Carriers, Inc.*

**CERTIFICATE OF SERVICE**

    I, Rebecca Mansell, do hereby certify that I have on this the 15th day of January 2026, caused a true and correct copy of the foregoing instrument to be delivered to the following via the electronic filing system:

    Louis H. Watson, Jr.
    WATSON & NORRIS, PLLC
    4209 Lakeland Drive # 365
    Flowood, MS  39232-9212
    louis@watsonnorris.com

    Jane Ashley Watson
    WATSON & NORRIS, PLLC
    1501 Jackson Avenue W.
    Suite 113
    PMB 101
    Oxford, MS 38655
    jane@watsonnorris.com

    */s/Rebecca Mansell*
    Rebecca Mansell